IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COURTNEY POLAND,

Plaintiff,

v.

TRANSWOOD, INC.,

Defendant.

Case No. 23-cv-3038 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:10/28/2024**            **MONICA A. STUMP, Clerk of Court**

                                **s/ Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**